IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SHEILA K. NICHOLSON                                                                                  PLAINTIFF

V.                                            4:05CV00517 JMM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Request for Attorney Fees and Costs under the EAJA (docket entry #11) is GRANTED, AS MODIFIED.

IT IS FURTHER ORDERED that the Commissioner certify and pay to Laura J. McKinnon, attorney for Plaintiff, $4,132.00 as attorney's fees and expenses, pursuant to the EAJA.

DATED this  5  day of  June , 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).